United States Bankruptcy Court

District of Colorado

In re:                                                                                      Case No. 25-13457-KHT

Lance Eric Ray                                                                              Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1                          User: admin                                   Page 1 of 3

Date Rcvd: Apr 23, 2026                       Form ID: 177                                   Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Lance Eric Ray, 13865 Gymkhana Road, Peyton, CO 80831-7553 |
| 19897538 | + | 7EVEN CAPITAL LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 19874268 | + | Ace Recovery Group, 99 Wall Street, New York, NY 10005-4301 |
| 19874272 | | Chad Dickerson, 4280 & 4290 Rosalie Street Unit 102, Colorado Springs, CO 80917 |
| 19874279 | + | DLD Properties, LLC, c/o Griffis/Blessing, Inc., 102 N. Cascade #550, Colorado Springs, CO 80903-1427 |
| 19874277 | | Deductible Recovery Group, PO Box 6068 - 29, Hermitage, PA 16148-1068 |
| 19874280 | + | En Od Capital, 1202 Avenue U Suite 1115, Brooklyn, NY 11229-4107 |
| 19874281 | + | Equita Capital Partners, 15601 Dallas Pkwy., Addison, TX 75001-3353 |
| 19885684 | + | First Source Advisors, Jason Gang, Esq, PO Box 478, Hewlett, NY 11557-0478 |
| 19874283 | + | G&G Funding, 79 Madison Ave., New York, NY 10016-7802 |
| 19874284 | | Highland Hill Capital, 1100 Park Central Blvd S. Suite 1200, Pompano Beach, FL 33064-2211 |
| 19874286 | + | Jason Pelcha, Represented by Attorney L. Paul LeRoux I, 361 S. Camino Del Rio. #358, Durango, CO 81303-7997 |
| 19874287 | + | Jason Thompson, Represented by Mark Anthony Law, Mark Anthony Barrionuevo, Esq., 3578 Hartsel Drive Unit E-359, Colorado Springs, CO 80920-2103 |
| 19874290 | + | KL Ray Investments LLC, 13865 Gymkhana Road, Peyton, CO 80831-7553 |
| 19874288 | | Karen Ray, 13865 Gymkhana Road, Peyton, CO 80831-7553 |
| 19874289 | + | Kash Advance LLC, 111 Great Nock Road Suite 300, Great Neck, NY 11021-5403 |
| 19874291 | + | Lewis Brisbois Bisgaard & Smith LLP, 1700 Lincoln Street Suite 3500, Denver, CO 80203-4535 |
| 19874292 | + | Merk Funding Inc., 3611 14th Avenue Brooklyn, Brooklyn, NY 11218-3773 |
| 19874293 | + | Newco Capital Group, 90 Broad Street, New York, NY 10004-2205 |
| 19874294 | + | Quick Funding Group, 583 Grant Place, Cedarhurst, NY 11516-1311 |
| 19874295 | | Ray Eccher Services dba Restoration 1 of Colorado, 707 Arrawanna St., Colorado Springs, CO 80909 |
| 19874297 | + | Regain Group LLC, One Bridge Plaza North Suite 868, Fort Lee, NJ 07024-7543 |
| 19874298 | + | Rise Alliance, 22 W 38th St., New York, NY 10018-6353 |
| 19874299 | + | River Financial Inc., 2261 Market Street Suite 22113, San Francisco, CA 94114-1612 |
| 19874300 | + | Robinson & Henry, P.C., 1805 Shea Center Drive #180, Littleton, CO 80129-2253 |
| 19874301 | + | Ruby Martinez, 367 East Liberty Point Place, Pueblo West, CO 81007-5031 |
| 19874302 | + | Seamless Funding LLC, 2001 Hollywood Blvd., Hollywood, FL 33020-4579 |
| 19874303 | + | Seven Capital LLC, 455 Detroit Street, Denver, CO 80206-4311 |
| 19874304 | + | Stage Advance LLC, 2360 Lakewood Road, Toms River, NJ 08755-1929 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 19889142 | + | EDI: AISACG.COM | Apr 24 2026 03:40:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19962158 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 23:54:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19874269 | + | Email/Text: CollectionDepartment@arapahoecu.org | Apr 23 2026 23:49:00 | Arapahoe Credit Union, 3999 E. Arapahoe Road, Littleton, CO 80122-2076 |
| 19874275 | + | Email/Text: gbeach@corebank.com | Apr 23 2026 23:48:00 | CORE Bank, 17807 Burke St., Omaha, NE 68118-2260 |

District/off: 1082-1 | User: admin | Page 2 of 3
Date Rcvd: Apr 23, 2026 | Form ID: 177 | Total Noticed: 44

| 19874270 | + Email/Text: bankruptcynotices@canvas.org | Apr 23 2026 23:49:00 | Canvas Credit Union, 9990 Park Meadows Drive, Lone Tree, CO 80124-6739 |
| 19874271 | + Email/Text: Bankruptcies.mtregion@commonspirit.org | Apr 23 2026 23:49:00 | Centura Health, PO Box 561538, Denver, CO 80256-1538 |
| 19874273 | + EDI: CITICORP | Apr 24 2026 03:40:00 | Citi Bank, PO Box 9001037, Louisville, DE 40290-1037 |
| 19874274 | + EDI: CODEPREV.COM | Apr 24 2026 03:40:00 | Colorado Dept. of Revenue, 1881 Pierce St., Lakewood, CO 80214-1407 |
| 19874276 | + Email/Text: Bankruptcynotice@cscglobal.com | Apr 23 2026 23:49:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 19874278 | EDI: DISCOVER | Apr 24 2026 03:40:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 19874282 | Email/Text: fsbk@fsource.org | Apr 23 2026 23:48:00 | First Source Federal Credit Union, 4451 Commercial Drive, New Hartford, NY 13413 |
| 19874285 | + EDI: IRS.COM | Apr 24 2026 03:40:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19874296 | ^ MEBN | Apr 23 2026 23:42:27 | Recoveri LLC, Dept. 2216, PO Box 122216, Dallas, TX 75312-2216 |
| 19874305 | + Email/Text: bankruptcynotices@sba.gov | Apr 23 2026 23:48:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 19874306 | + Email/Text: resolutions@wbl.com | Apr 23 2026 23:48:00 | World Business Lenders, 101 Hudson St. Suite 33, Jersey City, NJ 07302-3905 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| 19889143 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
| David C. Walker | on behalf of Creditor World Business Lenders dwalker@bdwfd.com  jmellott@bbdfirm.com |
| David M. Serafin | |

District/off: 1082-1                          User: admin                          Page 3 of 3
Date Rcvd: Apr 23, 2026                       Form ID: 177                          Total Noticed: 44

on behalf of Debtor Lance Eric Ray david@davidserafinlaw.com

Jonathan Dickey

on behalf of Plaintiff Jason Pelcha jmd@kutnerlaw.com  vlm@kutnerlaw.com

Mark Anthony Barrionuevo

on behalf of Plaintiff Jason Thompson mark@markanthonylawfirm.com

Mark Anthony Barrionuevo

on behalf of Creditor Jason Thompson mark@markanthonylawfirm.com

Michael M. Noyes

on behalf of Debtor Lance Eric Ray michael@noyeslaw.com  NoyesMR78028@notify.bestcase.com,admin@noyeslaw.com

Michael M. Noyes

on behalf of Defendant Lance Eric Ray michael@noyeslaw.com  NoyesMR78028@notify.bestcase.com,admin@noyeslaw.com

P. Matthew Cox

on behalf of Creditor Ally Bank mcox@spencerfane.com  mw@scmlaw.com;ec@scmlaw.com

Simon E. Rodriguez

Lawyercolo@aol.com  CO26@ecfcbis.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lance Eric Ray | Social Security number or ITIN   xxx-xx-9879 |
| | First Name    Middle Name    Last Name | EIN   81-2031692 |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Colorado | | |
| Case number:   25-13457-KHT | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

> Lance Eric Ray
> dba Ray Eccher Services dba Restoration 1 of
> Colorado Springs, dba KL Ray Investments LLC

4/23/26

**By the court:**   Kimberley H. Tyson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 COB#177 b318_7      **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2